# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy Kichline<br>　　　　Debtor | CHAPTER 7 |
| PNC BANK, NATIONAL ASSOCIATION<br>　　　　Movant<br>　　vs.<br>Timothy Kichline<br>　　　　Debtor | NO. 18-10061 REF |
| Michael H. Kaliner<br>　　　　Trustee | 11 U.S.C. Section 362 |

## **ORDER**

AND NOW, this         day of                , 2018 at Reading, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK, NATIONAL ASSOCIATION to exercise its rights pursuant to the loan documents regarding the premises 495 Berger Road Easton, PA 18042 .  It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

**Date: February 16, 2018**

_____
United States Bankruptcy Judge.

cc: See attached service list